UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:12-00066 |
| | ) | JUDGE KEVIN H. SHARP |
| CARLOS WASHINGTON | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Continue Revocation Hearing (Docket No. 15) which is unopposed.

The revocation hearing scheduled for May 20, 2013, is hereby rescheduled for Monday, July 29, 2013, at 10:00 a.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE