PROB 12A
(Rev. 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Carlos Washington</u>    Case Number: <u>3:12-00066</u>

Name of Sentencing Judicial Officer: <u>Honorable Thomas B. Russell, U.S. District Judge, transferred to the Honorable Kevin H. Sharp, U.S. District Judge</u>

Date of Original Sentence: <u>December 4, 2007</u>

Date of Revocation Sentence: <u>August 9, 2013</u>

Original Offense: <u>Ct.1-Conspiracy to Possess with Intent to Distribute Crack Cocaine, and Ct. 2-Possession with Intent to Distribute Crack Cocaine and Aiding and Abetting</u>

Original Sentence: <u>60 months' custody followed by four years' supervised release on each count, concurrently</u>

Revocation Sentence: <u>Supervised release extended 4 months</u>

Type of Supervision: <u>Supervised Release</u>    Date Supervision Commenced: <u>May 20, 2011</u>

Date Supervision Recommenced: <u>August 9, 2013</u>

Assistant U.S. Attorney: <u>Blanche Cook</u>    Defense Attorney: <u>Caryll Alpert</u>

---

The Court orders:

- [x] No Action Necessary at this Time
- [ ] Submit a Request for Modifying the Condition or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

Considered this 19th day of Sept, 2013, and made a part of the records in the above case.

_____
Kevin H. Sharp
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Lisa L. House
U.S. Probation Officer

Place    Clarksville, TN

Date    September 9, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance except as prescribed by a physician.** |

Carlos Washington tested positive for marijuana on August 21, 2013.

### Compliance with Supervision Conditions and Prior Interventions:

Carlos Washington commenced the four-year term of supervised release on May 20, 2011. Mr. Washington was cited in Clarksville, Tennessee, on December 16, 2012, for driving on a suspended license. He was arrested on December 29, 2012, for possession of marijuana for resale, possession of hydrocodone and possession of drug paraphernalia. A violation petition was filed on January 31, 2013, reporting the aforementioned new criminal conduct. He was found guilty of the offense of driving on a suspended license on February 27, 2013, and fined $25 and cost. On April 10, 2013, Mr. Washington pled guilty to simple possession of hydrocodone and possession of drug paraphernalia. The charge of possession of marijuana was dismissed in settlement. He was sentenced to 11 months, and 29 days, suspended for each charge, to run concurrent. A revocation hearing was scheduled for August 12, 2013. Mr. Washington was in federal custody pending the revocation hearing from April 11, 2013, until August 9, 2013. Mr. Washington admitted to the violations alleged in the petition, and an order was signed on August 8, 2013, modifying the conditions of supervised release, extending supervision for four months and continuing the remainder of the originally imposed term of supervised release. He was released on August 9, 2013. Mr. Washington admitted to the probation officer that he smoked marijuana prior to being released from federal custody. Mr. Washington is employed by CMN Remodeling, earning approximately $200 per week.

### U.S. Probation Officer Recommendation:

The U.S. Probation Office is not requesting that any action be taken at this time. Mr. Washington's wife has accepted a position with the Department of Correction in Alaska, and he has requested permission to relocate. Should the Court order that no additional action be taken at this time, the U.S. Probation Office will submit the relocation request to Alaska and advise the U.S. Probation Office in that district about the positive urine screen reported in this petition and recommend that Mr. Washington be enrolled in substance abuse treatment if supervision is accepted. If the transfer of supervision request is denied in Alaska, Mr. Washington will be enrolled in substance abuse treatment and testing. Random urine screens will continue pending the outcome of the transfer request. Should he fail to submit to treatment as directed or if there are any additional violations, a separate petition will be prepared with a request for revocation proceedings to be initiated.

This case has been discussed with Assistant U.S. Attorney Blanche Cook who agrees with the probation officer's current recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer