PROB 12A
(Rev. 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Carlos Washington</u>  Case Number: <u>3:12-00066</u>

Name of Sentencing Judicial Officer: <u>Honorable Thomas B. Russell, U.S. District Judge, transferred to the Honorable Kevin H. Sharp, U.S. District Judge</u>

Date of Original Sentence: <u>December 4, 2007</u>

Date of Revocation Sentence: <u>August 9, 2013</u>

Original Offense: <u>Ct.1-Conspiracy to Possess with Intent to Distribute Crack Cocaine, and Ct. 2-Possession with Intent to Distribute Crack Cocaine and Aiding and Abetting</u>

Original Sentence: <u>60 months' custody followed by four years' supervised release on each count, concurrently</u>

Revocation Sentence: <u>Supervised release extended 4 months</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>May 20, 2011</u>

Date Supervision Recommenced: <u>August 9, 2013</u>

Assistant U.S. Attorney: <u>Blanche Cook</u>  Defense Attorney: <u>Caryll Alpert</u>

---

The Court orders:

☑ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this 20th day of March, 2014,
and made a part of the records in the above case.

_____
Kevin H. Sharp
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Lisa L. House
U.S. Probation Officer

Place  Clarksville, TN

Date  March 7, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance except as prescribed by a physician.** |

Carlos Washington tested positive for marijuana on February 12, 2014.

### Compliance with Supervision Conditions and Prior Interventions:

Carlos Washington commenced the four-year term of supervised release on May 20, 2011. Mr. Washington was cited in Clarksville, Tennessee, on December 16, 2012, for driving on a suspended license. He was arrested on December 29, 2012, for possession of marijuana for resale, possession of hydrocodone, and possession of drug paraphernalia. A violation petition was filed on January 31, 2013, reporting the aforementioned new criminal conduct. He was found guilty of the offense of driving on a suspended license on February 27, 2013, and fined $25 and cost. On April 10, 2013, Mr. Washington pled guilty to simple possession of hydrocodone and possession of drug paraphernalia. The charge of possession of marijuana was dismissed in settlement. He was sentenced to 11 months, and 29 days, suspended for each charge, to run concurrent. An order was signed on August 8, 2013, addressing the aforementioned violations and modifying the conditions of supervised release. Mr. Washington's supervision was extended for four months, and he was continued on the remainder of supervised release.

Mr. Washington tested positive for marijuana on August 21, 2013. This violation was reported to the Court in a petition dated September 9, 2013, with a request that no action be taken. At the time of the aforementioned violation, Mr. Washington had requested permission to relocate to Alaska. The probation office was in the process of initiating transfer of supervision with a request that Mr. Washington be enrolled in substance abuse treatment upon acceptance of supervision in Alaska. Mr. Washington withdrew the request for transfer prior to Alaska agreeing to accept supervision of his case. Mr. Washington tested negative for the use of controlled substances on October 17, 2013, November 19, 2013, and December 3, 2013.

Mr. Washington denied the use of controlled substances following the presumptive positive on February 12, 2014. He admitted using marijuana to the probation officer when confronted following receipt of confirmation from Alere Toxicology Services.

Mr. Washington is employed by CMN Remodeling, earning approximately $200 per week.

### U.S. Probation Officer Recommendation:

The U.S. Probation Office is not requesting that any action be taken at this time. Mr. Washington has been referred for a substance abuse assessment and will be enrolled in any recommended treatment. Random urine screens will continue. Should Mr. Washington fail to submit to treatment as directed, or if there are any additional violations, a separate petition will be prepared with a request for revocation proceedings to be initiated.

This case has been discussed with Assistant U.S. Attorney Blanche Cook who agrees with the probation officer's current recommendation.

Approved: _Vidette_
Vidette Putman
Supervisory U.S. Probation Officer