PROB 12A
(Rev. 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Carlos Washington</u>  Case Number: <u>3:12-00066</u>

Name of Sentencing Judicial Officer: <u>Honorable Thomas B. Russell, U.S. District Judge, transferred to the Honorable Kevin Sharp</u>

Date of Original Sentence: <u>December 4, 2007</u>

Original Offense: <u>Count 1- Conspiracy to Possess with Intent to Distribute Crack Cocaine 21 U.S.C. § 846 , and Count 2 - Possession with Intent to Distribute Crack Cocaine and Aiding and Abetting 21 U.S.C. § 841(A)(1) and 18 U.S.C. § 2</u>

Original Sentence: <u>60 months' custody followed by four years' supervised release on each, count concurrently</u>

Type of Supervision: <u>Supervised Release (Extended 4 months)</u>  Date Supervision Commenced: <u>May 20, 2011</u>

Date Supervision Recommenced: <u>August 9, 2013</u>

Assistant U.S. Attorney: <u>To be determined</u>  Defense Attorney: <u>Caryll Alpert</u>

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this 26th day of June, 2014,
and made a part of the records in the above case.

_____
Kevin Sharp
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Lisa L. House
U.S. Probation Officer

Place     Clarksville, TN

Date     June 26, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **The defendant shall not commit another federal, state or local crime.** |

Carlos Washington was arrested on October 1, 2013, in Oak Grove, Kentucky, for Driving on a Suspended License and No Insurance. Carlos Washington was arrested on March 9, 2014, in Oak Grove, Kentucky, for Driving on a Suspended License and Failure to Appear. On March 18, 2014, Mr. Washington was sentenced to 180 days for the two Driving on a Suspended License offenses. He was sentenced to serve 1 day for the Failure to Appear. He was ordered to pay a $846 fine and was placed on unsupervised probation for 2 years.

| | |
| --- | --- |
| 2. | **The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance except as prescribed by a physician.** |

Carlos Washington submitted a diluted urine screen on March 25, 2014. Carlos Washington tested positive for marijuana on May 22, 2014, and June 17, 2014.

**Compliance with Supervision Conditions and Prior Interventions:**

Carlos Washington commenced the four-year term of supervised release on May 20, 2011. Mr. Washington was cited in Clarksville, Tennessee, on December 16, 2012, for driving on a suspended license. He was arrested on December 29, 2012, for possession of marijuana for resale, possession of hydrocodone, and possession of drug paraphernalia. A violation petition was filed on January 31, 2013, reporting the aforementioned new criminal conduct. He was found guilty of the offense of driving on a suspended license on February 27, 2013, and fined $25 and cost. On April 10, 2013, Mr. Washington pled guilty to simple possession of hydrocodone and possession of drug paraphernalia. The charge of possession of marijuana was dismissed in settlement. He was sentenced to 11 months and 29 days, suspended for each charge, to run concurrent. An order was signed on August 8, 2013, addressing the aforementioned violations and modifying the conditions of supervised release. Mr. Washington's supervision was extended for four months, and he was continued on the remainder of supervised release.

Mr. Washington tested positive for marijuana on August 21, 2013. This violation was reported to the Court in a petition dated September 9, 2013, with a request that no action be taken. At the time of the aforementioned violation, Mr. Washington had requested permission to relocate to Alaska. The probation officer was in the process of initiating transfer of supervision with a request that Mr. Washington be enrolled in substance abuse treatment upon acceptance of supervision in Alaska. Mr. Washington withdrew the request for transfer.

On February 12, 2014, Mr. Washington tested presumptively positive for marijuana. He initially denied use but admitted using marijuana following receipt of confirmation from Alere Toxicology Services. On March 7, 2014, a petition was forwarded to the Court reporting the aforementioned positive drug screen, with a request that no additional action be taken. The Court ordered that no additional action be taken on March 20, 2014.

A substance abuse assessment was completed at Centerstone on May 1, 2014. The therapist recommended that Mr. Washington participate in individual counseling sessions. Following the first individual therapy session, the therapist contacted the probation office and recommended that Mr. Washington participate in medication management in addition to individual therapy sessions. Mr. Washington is agreeable to participating in mental health treatment if ordered to do so by the Court.

Mr. Washington tested positive for marijuana on May 22, 2014, and June 17, 2014. Mr. Washington admitted to using marijuana to the probation officer prior to submitting the urine screens. Mr. Washington is currently unemployed and resides with his mother in Clarksville, Tennessee.

The probation office received the arrest and disposition information regarding the offenses that occurred on October 1, 2013, and March 9, 2014, from the Western District of Kentucky on June 13, 2014.

**U.S. Probation Officer Recommendation:**

The U.S. Probation Office is not requesting that any action be taken at this time. Mr. Washington has been instructed not to drive without a valid license. Should the defendant commit any additional law violations, the Court will be notified in a separate petition with a separate recommendation.

This case has been discussed with the U.S. Attorney's Office who agrees with the probation officer's current recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer

**Offender's Address:**
1235 Cottonwood Drive
Clarksville, TN 37040