PROB 12B
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

### Petition to Modify the Condition or Term of Supervision
*(Probation Form 49 Waiver of Hearing on the Modification is attached)*

Name of Offender: <u>Carlos Washington</u>  Case Number: <u>3:12-00066</u>

Name of Judicial Officer: <u>Honorable Thomas B. Russell, U.S. District Judge, transferred to the Honorable Kevin Sharp, U.S. District Judge</u>

Date of Original Sentence: <u>December 4, 2007</u>

Original Offense: <u>Ct.1- Conspiracy to Possess with Intent to Distribute Crack Cocaine 21 U.S.C. § 846, and Ct.2- Possession with Intent to Distribute Crack Cocaine and Aiding a Abetting 21 U.S.C. § 841(A)(1) and 18 U.S.C. § 2</u>

Original Sentence: <u>60 months' custody followed by four years' supervised release on each count, concurrently</u>

Revocation Sentence: <u>Supervised Release (Extended 4 months)</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>May 20, 2011</u>

Date Supervision Recommenced: <u>August 9, 2013</u>

Assistant U.S. Attorney: <u>To be determined</u>   Defense Attorney: <u>Caryll Alpert</u>

## PETITIONING THE COURT

■ To modify the release conditions as follows:

**The defendant shall participate in a mental health program as directed by the United States Probation Office. The defendant shall pay all or part of the costs if the Unites States Probation Office determines the defendant has the financial ability to do so or has appropriate insurance coverage to pay for such treatment.**

THE COURT ORDERS:
☐ No Action
☐ The extension of supervision as noted above.
☒ The modification(s) as noted above.
☐ Other

Considered this _26th_ day of _June_, 2014, and made a part of the records in the above case.

_____
U.S. District Judge
Kevin Sharp

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
U.S. Probation Officer
Lisa House

Place   Clarksville, Tennessee

Date   June 26, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

**N/A**

## Compliance with Supervision Conditions and Prior Interventions:

As the Court is aware, Mr. Washington has tested positive for illegal substance use and has been referred for treatment.

A substance abuse assessment was completed at Centerstone on May 1, 2014. The therapist recommended that Mr. Washington participate in individual counseling sessions. Following the first individual therapy session, the therapist contacted the probation office and recommended that Mr. Washington participate in medication management in addition to individual therapy sessions. Mr. Washington is agreeable to participating in mental health treatment if ordered to do so by the Court. Mr. Washington signed the Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision on June 17, 2014.

## U.S. Probation Officer Recommendation:

It is recommended that the defendant be ordered to participate in a mental health program as directed by the United States Probation Office. The defendant shall pay all or part of the costs if the United States Probation Office determines the defendant has the financial ability to do so or has appropriate insurance coverage to pay for such treatment.

This case has been discussed with the U.S. Attorney's Office who agrees with the probation officer's current recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# MIDDLE DISTRICT OF TENNESSEE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in a mental health program as directed by the United States Probation Office. The defendant shall pay all or part of the costs if the United States Probation Office determines the defendant has the financial ability to do so or has appropriate insurance coverage to pay for such treatment.

Witness: _____  Signed: _____
                                              Carlos Laquez Washington
                                              Probationer or Supervised Releasee

June 17, 2014
Date